# Exhibit C

| | |
|---|---|
| **From:** | Esti Ness |
| **To:** | stanley |
| **Cc:** | mark@brandwoodwardlaw.com; Joshua Margolin; Elizabeth Snow; Ed Caspar |
| **Subject:** | Smith v. Scavino, 7:24-MC-00566-ER (SDNY) -- Ongoing Representation |
| **Date:** | Tuesday, January 21, 2025 5:53:00 PM |

Stanley,

We saw that you've withdrawn as counsel for Mr. Meggs in *Smith v. Trump*, 21-cv-00400-APM (DDC) and you're dissolving your firm. Do you also plan to withdraw your representation of Mr. Scavino in the above-reference action regarding the motion to compel his subpoena compliance? If so, please let us know who will be representing Mr. Scavino going forward.

Thanks,
Esti

**Esti Ness**
Associate [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

---

+1 212.390.9363  [O]
+1 201.314.8337  [M]