# Exhibit A

| | |
|---|---|
| **From:** | Esti Ness |
| **To:** | Jeffrey Gavenman; Elizabeth Snow; Jeremy Schulman |
| **Cc:** | Joshua Margolin |
| **Subject:** | RE: Smith v. Trump // Scavino Subpoena |
| **Date:** | Wednesday, February 19, 2025 9:32:00 AM |

Jeff,

Thank you for the update. We consent to requesting a three-week adjournment to March 13, 2025. We will file a letter with the court today making this request.

Thank you,
Esti

**Esti Ness**
Associate [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

-------------------------------------------

+1 212.390.9363  [O]
+1 201.314.8337  [M]

**From:** Jeffrey Gavenman <jgavenman@schulmanbh.com>
**Sent:** Tuesday, February 18, 2025 4:44 PM
**To:** Elizabeth Snow <esnow@selendygay.com>; Jeremy Schulman <jschulman@schulmanbh.com>
**Cc:** Joshua Margolin <jmargolin@selendygay.com>; Esti Ness <eness@selendygay.com>
**Subject:** RE: Smith v. Trump // Scavino Subpoena

Hi Elizabeth,

Thank you for your email.  We are working on the production of responsive materials and should have it to you no later than midday tomorrow.  I think it does make sense to go ahead and ask for an adjournment at this time, to give you sufficient time to review the production.  Perhaps three weeks, to ensure you have enough time to review and for us to sort out any remaining issues afterwards?

By the way, Josh, you were in the class above me at NYU Law.  Hope all is well!

Best,
Jeff

**From:** Elizabeth Snow <esnow@selendygay.com>
**Sent:** Tuesday, February 18, 2025 2:24 PM
**To:** Jeremy Schulman <jschulman@schulmanbh.com>

**Cc:** Joshua Margolin <jmargolin@selendygay.com>; Esti Ness <eness@selendygay.com>; Jeffrey Gavenman <jgavenman@schulmanbh.com>
**Subject:** RE: Smith v. Trump // Scavino Subpoena

Jeremy,

I write to follow up on our agreement from February 5 that you would review and produce the materials Mr. Scavino produced to the grandy jury by this Thursday, February 20. Please advise when we can expect to receive this production. As you requested, we had the Court adjourn our pre-motion conference to February 20 to give time for you to make this production. If we get the production promptly, we would be willing to agree to another adjournment to give us time to review the production. We're available to meet and confer if helpful.

Thanks,

Elizabeth

**Elizabeth Snow**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

---

+1 212.390.9330  [O]
+1 540.409.7257  [M]