UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONRAD SMITH, *et al.*,

               Plaintiff,

      v.

DANIEL SCAVINO JR.

             Defendant.

Civ. No. 1:12-mc-0056-ER (S.D.N.Y.)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Movants Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche and Reginald Cleveland, and their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice.

Dated:  New York, NY
        April 29, 2025

Respectfully submitted,

By: _____

Faith E. Gay
Joshua S. Margolin
Babak Ghafarzade
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com

*Attorneys for Movants Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, & Reginald Cleveland*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____

Joshua S. Margolin

*Attorney for Movants Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, & Reginald Cleveland*