Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Joshua S. Margolin
Partner
212.390.9022
jmargolin@selendygay.com

April 29, 2025

<u>**Via ECF**</u>

Hon. Edgardo Ramos
United States District Court for the Southern
District of New York
40 Foley Square
New York, New York 10007

  **Re:** *Smith et al. v. Scavino*, **1:24-mc-00566-ER (S.D.N.Y.)**

Dear Judge Ramos,

  We write on behalf of Movants in the above-captioned matter to enforce a nonparty subpoena *duces tecum* (the "Subpoena") to Respondent Daniel Scavino Jr. After Movants initiated this action, Mr. Scavino retained new counsel and agreed to produce documents responsive to the Subpoena. *See* ECF No. 13. Mr. Scavino initially produced documents on February 19, 2025 and made supplemental productions on March 28, 2025 and April 28, 2025. The parties have reached an agreement that resolves the need for this motion. In light of this progress, Movants are today filing a Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A(i).

Sincerely,

Joshua S. Margolin
Partner

Cc: Jeremy Schulman; Jeffrey Gavenman